**Warner LIVINGSTON, Plaintiff– Appellant,**

v.

**Susan YEARWOOD; et al., Defendants–Appellees.**

**No. 01–15623.**

**D.C. No. CV98–01246–GEB.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Dec. 28, 2001.

Before SCHROEDER, Chief Judge, TROTT, and PAEZ, Circuit Judges.

MEMORANDUM **

California state prisoner Warner Livingston appeals pro se the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging that prison officials were deliberately indifferent to his serious medical needs by failing to provide timely and adequate medical care. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's order granting summary judgment, *Balint v. Carson City*, 180 F.3d 1047, 1050 (9th Cir.1999) (en banc), and we affirm.

We conclude that Livingston failed to raise a genuine issue of material fact as to whether prison officials were deliberately indifferent to his serious medical needs. *See Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir.1996) (holding that difference of opinion regarding proper medical treatment does not constitute deliberate indifference).

Moreover, Livingston failed to raise a genuine issue of material fact as to whether any delay in treatment caused him substantial harm. *See Wood v. Housewright*, 900 F.2d 1332, 1334–35 (9th Cir.1990) (holding that gross negligence is insufficient to establish deliberate indifference

and delay in treatment must cause substantial harm).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

